**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000498
21-NOV-2018
10:13 AM**

NO. CAAP-18-0000498

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
JIMMY CINENSE, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CRIMINAL NO. 14-1-1680)

ORDER APPROVING THE OCTOBER 24, 2018
STIPULATION FOR DISMISSAL OF APPEAL
(By: Fujise, Presiding Judge, Leonard and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed October 24, 2018, by Defendant-Appellant Jimmy Cinense (Cinense), it appears that (1) the appeal has been docketed; (2) pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b), the parties stipulate to dismiss the appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) attached to the stipulation is Cinense's declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.

DATED: Honolulu, Hawai‘i, November 21, 2018.

Presiding Judge

Associate Judge

Associate Judge